427 A.2d 1197

Commonwealth v. Clark, Appellant.

Submitted June 29, 1979. Frank R. Cori, Assistant Public Defender, for appellant; Richard B. Russell, District Attorney, for Commonwealth, appellee.

Before WIEAND, ROBINSON and LOUIK, JJ.*

Judgment of sentence affirmed.

427 A.2d 1197

Commonwealth v. Clark, Appellant.

Argued December 3, 1979. Janet W. Mason, Assistant Public Defender, for appellant; Lee Ruslander, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed on the opinion of Judge Sugerman.

* Judge Donald E. Wieand is sitting by special designation. President Judge Otto P. Robinson of the Court of Common Pleas of Lackawanna County, Pennsylvania, and Judge Maurice Louik of the Court of Common Pleas of Allegheny County, Pennsylvania, are sitting by designation.

This decision was reached following the death of Robinson, J.